**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for ARTHUR SILVA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ARTHUR SILVA LOPEZ,<br><br>　　　　　　　Defendant. | Case No. 1:19 CR 00236 NONE-SKO<br><br>STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGregor Scott, United States Attorney, by Kathleen Servatius, Assistant United States Attorney, for the plaintiff, and Daniel A. Bacon, Attorney at Law, for defendant Arthur Silva Lopez, that the conditions of release ordered by the court in this matter on December 17, 2019, shall be amended to delete the condition in paragraph 7 (j), which required participation in an alcohol testing program and installation of an alcohol testing device.

　　　　The aforesaid order shall also be amended to delete paragraph 7(n) which required participation in a location monitoring program, installation of voice identification software, and a curfew restricting the defendant to his residence from 9:00 PM to 6:00 AM.

　　　　This modification has been approved by Pretrial Services Officer A. Mirgain.

　　　　Executed this 5th day of May, 2020, at Fresno, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Bacon
　　　　　　　　　　　　　　　　　　　　　　DANIEL A. BACON, Attorney for
　　　　　　　　　　　　　　　　　　　　　　ARTHUR SILVA LOPEZ

STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE


Case 1:19-cr-00236-NONE-SKO   Document 39   Filed 05/19/20   Page 2 of 2

Executed this 5th day of May, 2020, at Fresno, California.

McGREGOR SCOTT, United States Attorney

By: /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney, Attorney for Plaintiff

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the conditions of release filed with the court in this matter on December 17, 2019, shall be amended to delete the conditions in paragraphs 7 (j) and 7(n), which required alcohol testing, installation of an alcohol testing device, location monitoring, and a curfew.

IT IS SO ORDERED.

Dated: **May 19, 2020**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE    2