**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 150
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for ARTHUR SILVA LOPEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 0972 1:19CR00236-001 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING, AND |
| vs. | ORDER THEREON |
| ARTHUR SILVA LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, defendant Arthur Silva Lopez through his attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney Antonio Pataca, that the sentencing hearing scheduled before Hon. Jennifer L. Thurston for February 26, 2024 at 10:00 AM be continued to May 6, 2024 at 10:00 AM.

It is further stipulated that the proposed presentence investigation report shall be due on or before March 25, 2024, with informal objections to the draft report served on or before April 8, 2024

It is further stipulated that the final report shall be due on April 15, 2024, with formal objections to be due by April 22, 2024 and a reply or statement of non-opposition due by April 29, 2024.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein

STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON

for effective defense preparation pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), and availability of counsel.

The proposed dates have been agreed to by United States Probation Officer Jesse Mora.

Dated: December 12, 2023.          PHILLIP A. TALBERT, United States Attorney

/s/ Antonio Pataca
ANTONIO PATACA, Attorney for Plaintiff

Dated: December 12, 2023.

/s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Defendant Arthur Silva Lopez

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: December 14, 2023

UNITED STATES DISTRICT JUDGE