HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
ARTHUR SILVA LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-236 JLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| ARTHUR SILVA LOPEZ, | Judge: Hon. Jennifer L. Thurston |
| Defendant. | |

Pursuant to the parties' stipulation and good cause appearing, the Court ORDERS that Defendant's Supplemental Brief or Notice of Not Filing shall be filed by July 21, 2025; the Government's response shall be filed by August 20, 2025; and any Reply by defendant shall be filed by September 19, 2025.

IT IS SO ORDERED.

Dated:   **May 21, 2025**

_____
UNITED STATES DISTRICT JUDGE

-1-