ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ARTHUR SILVA LOPEZ,<br><br>           Defendant. | CASE NO. 1:19-CR-00236 JLT SKO<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 138) |

On August 20, 2025, the Government requested an extension of time to September 10, 2025, to file its response or opposition to Defendant's *pro se* motion for compassionate release. (Doc. 132.)

**IT IS HEREBY ORDERED** that the Government's motion (Doc. 138) is **GRANTED**. The briefing schedule on Defendant's motion is continued as follows: The Government's response shall be filed on or before September 10, 2025. Any reply by the defense shall be filed on or before October 10, 2025.

IT IS SO ORDERED.

Dated:   **August 22, 2025**

_____
UNITED STATES DISTRICT JUDGE

1